THE HONORABLE _____

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OCEANSTAR MARINE CO., <br><br> Plaintiff, <br><br> v. <br><br> NORVIC SHIPPING INTERNATIONAL LTD. and NORVIC SHIPPING NORTH AMERICA INC. <br><br> Defendants. | IN ADMIRALTY <br><br> CASE NO.: <br><br> **ATTORNEY DECLARATION THAT DEFENDANTS CANNOT BE FOUND IN THE DISTRICT** |

This affidavit is executed by Briton P. Sparkman, counsel for Plaintiff, OCEANSTAR MARINE CO., in order to secure the issuance of a Process of Maritime Attachment and Garnishment in the above-captioned Admiralty Cause. Pursuant to 28 U.S.C. §1746, I, Briton P. Sparkman, declare under the penalty of perjury:

I am an attorney with the firm of CHALOS & CO, P.C., attorneys for Plaintiff in the above referenced matter. I have previously been admitted *pro hac vice* before this Court and will be submitting a *pro hac vice* application in connection with this case and pursuant to the local rules of this Court.

I am familiar with the circumstances of the Verified Complaint, and I submit this declaration in support of Plaintiff's request for the issuance of Process of Maritime Attachment

ATTORNEY DECLARATION - 1

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

and Garnishment of the property of the Defendants, NORVIC SHIPPING INTERNATIONAL LTD. and NORVIC SHIPPING NORTH AMERICA INC., pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

I have personally inquired into the presence of the Defendants in this District.

I have checked with the office of the Washington Secretary of State, using the Secretary of State's database, and have determined that, as of April 5, 2018, the Defendants are neither incorporated nor registered as foreign corporations pursuant to the laws of Washington, and have neither nominated nor appointed any agent for the service of process within the State.

I have engaged in a search of the Superpages telephone directory on the internet, and determined that there are no telephone listings or addresses for the Defendants within this District.

I have engaged in a Google search as to whether the Defendants can be located within this District and determined that there are no telephone listings or addresses for the Defendants within this District.

I am unaware of any general or managing agent(s) of the named Defendants within this District.

In that I have been able to determine that the Defendants have not appointed an agent for service of process within the state of Washington and that I have found no indication that the Defendants can be found within this District for the purposes of Rule B, I have formed a good faith belief based on the investigation of the attorneys under my direction that the Defendants do not have sufficient contacts or business activities within this District and do not have any offices or agents within this District to defeat maritime attachment under Rule B of

ATTORNEY DECLARATION - 2

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

the Supplemental Rules for Admiralty and Maritime Claims as set forth in the Federal Rules of Civil Procedure.

It is my belief based upon my investigation that the Defendants cannot be found within this District for the purposes of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 5, 2018

Respectfully Submitted,

CHALOS & CO, P.C.

_____
Briton P. Sparkman, Esq.
*Pro Hac Vice Application Forthcoming*
*Attorneys for Plaintiff*

ATTORNEY DECLARATION - 3

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555