IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OCEANSTAR MARINE CO., <br><br> Plaintiff, <br><br> v. <br><br> NORVIC SHIPPING INTERNATIONAL LTD. and NORVIC SHIPPING NORTH AMERICA INC. <br><br> Defendants. | IN ADMIRALTY <br><br> CASE NO.: C18-5270BHS <br><br> **PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** |

**WHEREAS**, Plaintiff, OCEANSTAR MARINE CO. filed a Verified Complaint in the United States District Court for the Western District of Washington on or about April 5, 2018, with a claim against Defendants, NORVIC SHIPPING INTERNATIONAL LTD. and NORVIC SHIPPING NORTH AMERICA INC., in an amount of USD 845,599.71, together with interest, costs and attorney fees, with a prayer for process to attach said Defendants' tangible and intangible personal property, accompanied by a Declaration pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure stating that, to the best of declarant's knowledge, or on information and belief, the Defendants cannot be found within the District, together with a Motion for Issuance of Process of Maritime Attachment and Garnishment, and:

[PROPOSED] PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT – 1

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

**WHEREAS**, the Court reviewed the Verified Complaint and Affidavit and found that the conditions of Rule B appeared to exist and entered an Order so stating and authorizing the issuance of process of maritime attachment and garnishment;

**NOW THEREFORE**, we hereby do empower, strictly charge and command you, the said Marshal, to attach the bunkers onboard the M/V MAJORCA (IMO 9294109), and any goods, assets, or other chattels of said Defendants whether tangible or intangible located within the District and to detain the same in your custody until further order of the Court.

You are hereby directed to serve a copy of the Complaint and this Writ of Attachment on the person in possession of the bunkers, goods, assets, freight monies or other chattels of said Defendants located onboard the M/V MAJORCA or his agent, and promptly return your writ.

DATED this __10th__ day of __April__, 2018.

CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

_____
DEPUTY CLERK

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Presented by:

NICOLL BLACK & FEIG, PLLC

   /s/ Jeremy B. Jones
Jeremy B. Jones, WSBA No. 44138
Attorneys for Plaintiff

[PROPOSED] PROCESS OF MARITIME ATTACHMENT
AND GARNISHMENT – 2

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555