THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OCEANSTAR MARINE CO.,<br><br>Plaintiff,<br><br>v.<br><br>NORVIC SHIPPING INTERNATIONAL LTD. and NORVIC SHIPPING NORTH AMERICA INC.,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. 3:18-cv-05270-BHS<br><br>ORDER APPROVING SUBSTITUTE SECURITY AND AUTHORIZING FILING BOND WITH THE COURT |

Upon the Stipulated Motion of the parties hereto, Plaintiff OCEANSTAR MARINE CO. ("Plaintiff") and Defendant NORVIC SHIPPING INTERNATIONAL LTD. ("Defendant"), for an Order approving substitute security and authorizing filing bond with the Court, and good cause appearing therefore, it is hereby

**ORDERED** that the Stipulated Motion for Approval of Substitute Security and Authorization to File Bond with the Court is **GRANTED;** and it is further

**ORDERED** that pursuant to Supplemental Rule E(5)(a) and the agreement of the parties, Defendant Norvic Shipping International may file a Special Bond in the amount of US$595,599.00 as substitute security; and it is further

**ORDERED** that Defendant Norvic Shipping International may file a Letter of Undertaking ("LOU") in the amount of US$ 250,000.00 as substitute security for costs in the

ORDER APPROVING SUBSTITUTE SECURITY AND
AUTHORIZING FILING BOND WITH THE COURT:
CASE NO. 3:18-CV-05270-BHS - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

PDX\133038\239705\PLE\23955336.1

London Arbitration; and it is further

**ORDERED** that the amount of the Special Bond and LOU combined is deemed sufficient to substitute as security for Plaintiff's *in personam* claims in this action against the parties on whose behalf the Special Bond and LOU is posted; and it is further

**ORDERED** that upon posting the Special Bond and LOU herein, no further property shall be attached by the U.S. Marshal or any Special Process Server pursuant to the Court's Order Authorizing Issuance of Process of Maritime Attachment and Garnishment (ECF No. 10) and Process of Maritime Attachment and Garnishment (ECF No. 12); and it is further

**ORDERED** that the Defendant Norvic Shipping International Ltd. agrees to waive the applicability of Western District of Washington Local Rule 54(d)(3)(B) and also to recovery of interest and costs on the LOU; and it is further

**ORDERED** that the Special Bond and LOU are given without waiver of or prejudice to Defendant Norvic Shipping International Ltd.'s or Defendants' rights and defenses which are not expressly waived herein, including but not limited to with respect to any issues arising out of the Verified Complaint or otherwise in this action, the underlying claims discussed therein, and the rights or defenses in this action, all of which are expressly reserved.

**IT IS SO ORDERED.**

Dated this 26 day of September, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER APPROVING SUBSTITUTE SECURITY AND
AUTHORIZING FILING BOND WITH THE COURT:
CASE NO. 3:18-CV-05270-BHS - 2
PDX\133038\239705\PLE\23955336.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

*Presented by:*

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Philip Lempriere
Philip Lempriere, WSBA #20304
plempriere@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711
Facsimile: 206.292.0460
*Counsel for Defendant Norvic Shipping International Ltd.*

ORDER APPROVING SUBSTITUTE SECURITY AND AUTHORIZING FILING BOND WITH THE COURT: CASE NO. 3:18-CV-05270-BHS - 3

PDX\133038\239705\PLE\23955336.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2018, I caused to be served the foregoing *STIPULATED MOTION FOR APPROVAL OF SUBSTITUTE SECURITY AND AUTHORIZATION TO FILE BOND WITH THE COURT* on the following party at the following address via the Court's CM/ECF electronic filing system:

Jeremy B. Jones, Esq., WSBA #44138
jjones@nicollblack.com
Jhendricks@nicollblack.com
KSmith@nicollblack.com
lmartin@nicollblack.com
Nicoll Black & Feig PLLC
1325 4th Avenue, Suite 1650
Seattle, WA 98101
Tel: 206.838.7555
Fax: 206.838.7515

*Co-Counsel for Plaintiff*

Igor V. Stadnik, Esq., WSBA #49123
igor.stadnik@kyl.com
alisha.heygood@kyl.com
hillary.poole@kyl.com
marcee.stone-vekich@kyl.com
Kessal, Young & Logan
1301 Fifth Avenue, Suite 3100
Seattle, WA 98101
Tel: 206.622.3790
Fax: 206.343.9529

*Counsel for Claimants Phoebe Owning Company Ltd. and TMS Bulkers Ltd.*

Briton P. Sparkman, Esq.
*(admitted pro hac vice)*
bsparkman@chaloslaw.com
britonpaul@gmail.com
Chalos & Co., P.C.
7210 Tickner Street
Houston, TX 77055
Tel: 713.574.9454
Fax: 866.702.4577

*Co-Counsel for Plaintiff*

/s/ Philip Lempriere
Philip Lempriere, WSBA #20304

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

PDX\133038\239705\PLE\23955336.1