THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OCEANSTAR MARITIME CO., <br><br> Plaintiff, <br><br> v. <br><br> NORVIC SHIPPING INTERNATIONAL LTD. and NORVIC SHIPPING NORTH AMERICA INC., <br><br> Defendants. | Case No. 3:18-cv-05270-BHS <br><br> JOINT STATUS REPORT |

The parties hereto, Plaintiff OCEANSTAR MARITIME CO. ("Plaintiff") and Specially Appearing Defendant NORVIC SHIPPING INTERNATIONAL LTD. ("Defendant"), hereby submit the following Joint Status Report in accordance with this Court's December 6, 2018 Order (ECF No. 37) and the Court's directive on June 5, 2020 to file the next Joint Status Report on or before December 4, 2020.

1. Arbitration proceedings before the London Maritime Arbitrators Association commenced by Plaintiff against Norvic Shipping North America Inc. remain pending and ongoing.

2. The parties have exchanged requests for supplemental and final evidence disclosures and the production of documentary evidence is ongoing. Once completed, the Arbitration Tribunal will set a date for the exchange of closing submissions.

JOINT STATUS REPORT
CASE NO. 3:18-CV-05270-BHS - 1

3.  Should the Court wish to receive any additional information about the Arbitration, the Parties would be pleased to provide same to the Court. The Parties will continue to provide the Court with Joint Status Reports every 180 days.

Respectfully submitted.

Dated this 30th day of November, 2020.

| NICOLL BLACK & FEIG PLLC<br><br>By: /s/ *Jeremy B. Jones*_____<br>Jeremy B. Jones, Esq., WSBA #44138<br>jjones@nicollblack.com<br>Christopher W. Nicoll, WSBA #20771<br>cnicoll@nicollblack.com<br>1325 4th Avenue, Suite 1650<br>Seattle, WA 98101<br>Tel: 206.838.7555<br>Fax: 206.838.7515<br>*Co-Counsel for Plaintiff* | SCHWABE, WILLIAMSON & WYATT, P.C.<br><br>By: /s/ *Philip Lempriere (by permission)*__<br>Philip Lempriere, Esq., WSBA #20304<br>plempriere@schwabe.com<br>1420 5th Avenue, Suite 3400<br>Seattle, WA 98101-4010<br>Telephone: 206.622.1711<br>Facsimile: 206.292.0460<br>*Counsel for Defendant Norvic Shipping International Ltd.* |
|---|---|
| CHALOS & CO., P.C.<br><br>By: /s/ *Briton P. Sparkman*_____<br>Briton P. Sparkman, Esq.<br>*(admitted pro hac vice)*<br>bsparkman@chaloslaw.com<br>7210 Tickner Street<br>Houston, TX 77055<br>Tel: 713.574.9454<br>Fax: 866.702.4577<br>*Co-Counsel for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November, 2020, I caused to be served the foregoing JOINT STATUS REPORT on the following party at the following address via the Court's CM/ECF electronic filing system:

> Philip Lempriere, Esq., WSBA #20304
> plempriere@schwabe.com
> 1420 5th Avenue, Suite 3400
> Seattle, WA  98101-4010
> Telephone:  206.622.1711
> Facsimile:   206.292.0460
>
> *Counsel for Defendant Norvic Shipping International Ltd.*

/s/ Briton P. Sparkman
Briton P. Sparkman

CERTIFICATE OF SERVICE - 1