THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OCEANSTAR MARINE CO., <br><br> Plaintiff, <br><br> v. <br><br> NORVIC SHIPPING INTERNATIONAL LTD. and NORVIC SHIPPING NORTH AMERICA INC., <br><br> Defendants. | Case No. 3:18-cv-05270-BHS <br><br> JOINT STATUS REPORT |

The parties hereto, Plaintiff OCEANSTAR MARITIME CO. ("Plaintiff") and Specially Appearing Defendant NORVIC SHIPPING INTERNATIONAL LTD. (Defendant"), hereby submit the following Joint Status Report.

1. Arbitration proceedings before the London Maritime Arbitrators Association commenced by Plaintiff against Norvic Shipping North America Inc. remain pending and ongoing.

2. While the Parties have completed standard disclosure and exchanged witness and expert evidence, the production of document evidence is ongoing. Once completed, the Arbitration Tribunal will set a date for the exchange of closing submissions.

JOINT STATUS REPORT
CASE NO. 3:18-CV-05270-BHS- 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206-622-1711

PDX\133038\239705\PLE\31002854.1

3. Should the Court wish to receive any additional information about the Arbitration, the Parties would be pleased to provide same to the Court. The Parties will continue to provide the Court with Joint Status Reports every 180 days.

Dated this 30th day of December, 2021

| NICOLL BLACK & FEIG PLLC<br><br>By: */s/ Jeremy B. Jones*_____<br>    Jeremy B. Jones, WSBA #44138<br>    jjones@nicollblack.com<br>    1325 4th Avenue, Suite 1650<br>    Seattle, WA  98101<br>    Tel:  206.838.7555<br>    Fax:  206.838.7515<br>    *Co-Counsel for Plaintiff* | SCHWABE, WILLIAMSON & WYATT, P.C.<br>*Per Email Authority*<br><br>By: */s/ Philip Lempriere*_____<br>    Philip Lempriere, WSBA #20304<br>    plempriere@schwabe.com<br>    1420 5th Avenue, Suite 3400<br>    Seattle, WA  98101<br>    Tel:  206.622.1711<br>    Fax:  206.292.0460<br>    *Counsel for Defendant Norvic Shipping International Ltd.* |
|---|---|
| CHALOS & CO., P.S.<br><br>By: *s/ Briton P. Sparkman*_____<br>    Briton P. Sparkman, *pro hac vice*<br>    bsparkman@chaloslaw.com<br>    7210 Tickner Street<br>    Houston, TX  77055<br>    Tel:  713.574.9454<br>    Fax:  866.702.4577<br>    *Co-Counsel for Plaintiff* | |

JOINT STATUS REPORT
CASE NO. 3:18-CV-05270-BHS- 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206-622-1711

PDX\133038\239705\PLE\31002854.1