THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OCEANSTAR MARINE CO., <br><br> Plaintiff, <br><br> v. <br><br> NORVIC SHIPPING INTERNATIONAL LTD. and NORVIC SHIPPING NORTH AMERICA, <br><br> Defendants. | Case No. 3:18-cv-05270-BHS <br><br> JOINT STATUS REPORT |

The parties hereto, Plaintiff OCEANSTAR MARITIME CO. ("Plaintiff") and Specially Appearing Defendant NORVIC SHIPPING INTERNATIONAL LTD. (Defendant"), hereby submit the following Joint Status Report.

1. Arbitration proceedings before the London Maritime Arbitrators Association commenced by Plaintiff against Norvic Shipping North America Inc. remain pending and ongoing.

2. The parties to the LMAA Arbitration have engaged in settlement negotiations and have agreed to a stay of the arbitration proceedings while attempting to resolve the dispute.

3. Should the Court wish to receive any additional information about the Arbitration, the Parties would be pleased to provide same to the Court. The Parties

JOINT STATUS REPORT - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

133038\239705\49621196.1

will continue to provide the Court with Joint Status Reports every 180 days.

Dated this 12th day of December, 2025.

| NICOLL BLACK & FEIG PLLC | SCHWABE, WILLIAMSON & WYATT, P.C. |
|---|---|
| By: *s/ Jeremy B. Jones*<br>Jeremy B. Jones, WSBA #44138<br>jjones@nicollblack.com<br>1325 4th Avenue, Suite 1650<br>Seattle, WA  98101<br>Tel:  206.838.7555<br>Fax:  206.838.7515<br>*Co-Counsel for Plaintiff* | By: *s/ Philip Lempriere*<br>Philip Lempriere, WSBA #20304<br>plempriere@schwabe.com<br>1420 5th Avenue, Suite 3400<br>Seattle, WA  98101<br>Tel:  206.622.1711<br>Fax:  206.292.0460<br>*Counsel for Defendant Norvic Shipping International Ltd.* |

JOINT STATUS REPORT - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

133038\239705\49621196.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December, 2025, I caused to be served the foregoing JOINT STATUS REPORT on the following party at the following addresses via the Court's CM/ECF electronic filing system:

Christopher W. Nicoll, WSBA #20771
cnicoll@nicollblack.com
Jhendricks@nicollblack.com
KSmith@nicollblack.com
lmartin@nicollblack.com
NICOLL BLACK & FEIG PLLC
1325 4th Avenue, Suite 1650
Seattle, WA  98101
Tel:  206.838.7555
Fax: 206.838.7515
*Co-Counsel for Plaintiff*

George M. Chalos, *Pro Hac Vice Pending*
gmc@chaloslaw.com
CHALOS & CO., P.C.
7210 Tickner Street
Houston, TX  77055
Tel:  713.574.9454
Fax:  866.702.4577
*Co-Counsel for Plaintiff*

Igor V. Stadnik, WSBA #49123
igor.stadnik@kyl.com
sarah.yong@kyl.com
KESSAL, YOUNG & LOGAN
1301 Fifth Avenue, Suite 3100
Seattle, WA  98101
Tel:  206.622.3790
Fax: 206.343.9529
*Counsel for Claimants Phoebe Owning Company Ltd. and TMS Bulkers Ltd.*

      _s/ Philip Lempriere_____
      Philip Lempriere, WSBA #20304

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

133038\239705\49621196.1